UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PEGGY A. CUTTER, )<br>)<br>Plaintiff, )<br>) 1:11-cv-1314- SEB-DML<br>vs. )<br>)<br>SNYDER'S-LANCE, INC., )<br>)<br>Defendant. ) | |

### ORDER

The parties have reported a settlement. It is therefore ORDERED that all dates and deadlines previously established, including the March 4, 2013, trial date and the February 19, 2013, final pretrial conference date, are vacated. Any pending motions are denied as moot.

The parties are ORDERED to finalize their agreement and file the appropriate documents to resolve this cause with the Clerk of the Court on or before September 28, 2012. The failure to do so will result in a DISMISSAL WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b). Additional time to complete the execution of the settlement documents may be granted if requested in writing prior to the expiration of this period of time.

IT IS SO ORDERED.

Date: 08/29/2012

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Quincy Erica Sauer
MACEY SWANSON & ALLMAN
qsauer@maceylaw.com

Kathleen A. Talty
KRUCHKO & FRIES
ktalty@kruchkoandfries.com

Heather L. Wilson
FROST BROWN TODD LLC
hwilson@fbtlaw.com