Acknowledged.
Date: 10/04/2012

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **PEGGY A. CUTTER,** | ) Cause No. 1:11-cv-01314-SEB-DML |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **SNYDER'S-LANCE, INC., f/k/a** | ) |
| **SNYDER'S OF HANOVER, INC.,** | ) |
| | ) |
| **Defendant.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by counsel, hereby stipulate and agree that the above-captioned case be dismissed with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear their own attorneys fees and costs.

Respectfully submitted this 1st day of October 2012, by the following:

| | |
|---|---|
| s/ Barry A. Macey | s/ Kathleen A. Talty (with consent) |
| Barry A. Macey (counsel for Plaintiff) | Kathleen A. Talty (counsel for Defendant) |
| MACEY SWANSON AND ALLMAN | KRUCHKO & FRIES |
| 445 N. Pennsylvania Street, Suite 401 | 502 Washington Avenue, Suite 400 |
| Indianapolis, IN 46204 | Baltimore, MD 21204 |
| Phone: (317) 637-2345 | Phone: (410) 321-7310 |
| Fax: (317) 637-2369 | Fax: (410) 821-7918 |
| bmacey@maceylaw.com | ktalty@kruchkoandfries.com |

Copies to:

Electronically registered counsel of record